UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,                   **ORDER**

    v.

                                     1:19-CV-00661 EAW

ROBERT C. MORGAN, MORGAN
MEZZANINE FUND MANAGER LLC, and
MORGAN ACQUISITIONS LLC,

        Defendants.
_____

    On July 17, 2020, Court-appointed receiver Robert Knuts (the "Receiver") moved for payment of interim fees and expenses. (Dkt. 106) (the "Fee Application"). The Receiver is hereby instructed to distribute a copy of the Fee Application and the instant Order via email to all investors in the Receivership Entities by no later than July 24, 2020. Any responses to the Fee Application, whether by the parties or any investor(s), shall be filed with the Court by no later than August 7, 2020.

    The Receiver is further instructed to file a status update regarding the preparation of the Receivership Entities' 2019 tax returns and the distribution of Schedule K-1s by no later than August 7, 2020.

    SO ORDERED.

                                                         ELIZABETH A. WOLFORD
                                                         United States District Judge

Dated: July 21, 2020
       Rochester, New York