

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
BROOKFIELD PLACE, 200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-1022

NEW YORK
REGIONAL OFFICE

July 31, 2020

**By ECF**

Hon. Elizabeth A. Wolford
United States District Judge
United States District Court for the
 Western District of New York
Kenneth B. Keating Federal Building
100 State Street
Rochester, NY 14614

      Re:    *SEC v. Robert C. Morgan, et al.*, 19 Civ. 661 (EAW)

Dear Judge Wolford:

      Plaintiff Securities and Exchange Commission (the "Commission") respectfully submits this letter, jointly with defendants Robert C. Morgan, Morgan Mezzanine Fund Manager LLC, and Morgan Acquisitions LLC (collectively, "Defendants"), to advise the Court that the Commission and Defendants have reached a settlement in principle of the Commission's claims in this action. This settlement remains subject to the Commission staff obtaining review and authorization to accept the anticipated offer of settlement from the Commission. In order to allow time for the Commission to review and consider the anticipated offer, the Commission and Defendants request that the Court (1) grant Defendants' forthcoming application for an order extending the date for Defendants to answer or move against the Commission's complaint from August 3, 2020, to **September 18, 2020**; and (2) allow the parties to submit to the Court, on or before **September 18, 2020**, a proposed consent judgment (if the staff obtains Commission authorization to accept the proposed settlement) for the Court's consideration.

      Respectfully submitted,

      /s/ Lee A. Greenwood

      Lee A. Greenwood
      Senior Trial Counsel
      Division of Enforcement
      (212) 336-1060
      GreenwoodL@sec.gov

cc:    All counsel of record by ECF