**SHER TREMONTE LLP**

August 7, 2020

**ECF Filing**

Honorable Elizabeth A. Wolford
United Stated District Court
Kenneth B. Keating Federal Building
100 State Street
Rochester, New York 14614

      Re:    Securities and Exchange Commission v. Morgan et al,
                 19-CIV-661-EAW (WDNY)

Dear Judge Wolford:

      Pursuant to Your Honor's order issued on July 21, 2020, this letter provides a report concerning the status of the preparation of the Receivership Entities' tax returns for the year ended December 31, 2019.

      Greendyke Jencik & Associates CPAs ("Greendyke Jencik") has finished all substantive work necessary to complete the preparation of the 2018 tax returns for the each of Notes Fund LLCs. I will conduct a final review of the returns on Monday, August 10, 2020. The returns will be filed by Greendyke Jencik immediately thereafter and the Schedule K-1s will be immediately distributed to all investors who are members of the Notes Fund LLCs.

                                                Respectfully submitted,

                                                Robert Knuts