UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

                      Plaintiff,

      v.

ROBERT C. MORGAN, MORGAN MEZZANINE FUND MANAGER LLC, and MORGAN ACQUISITIONS LLC,

                      Defendants.

19 Civ. 661 (EAW)

---

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) AS TO DEFENDANTS MEZZANINE FUND MANAGER LLC AND MORGAN ACQUISITIONS LLC**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Securities and Exchange Commission hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against Defendants Mezzanine Fund Manager LLC and Morgan Acquisitions LLC.

Dated: New York, New York
         January 11, 2023

SECURITIES AND EXCHANGE COMMISSION

By:   /s/ Lee A. Greenwood
      Lee A. Greenwood
      Neal R. Jacobson
      New York Regional Office
      100 Pearl Street, Suite 20-100
      New York, NY 10004
      (212) 336-1060 (Greenwood)
      GreenwoodL@sec.gov